IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

MAR 3 0 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

AARON SAYRE, )
)
Petitioner, )
)
vs. ) No. CIV-15-51-W
)
KAY COUNTY DETENTION CENTER, )
)
Respondent. )

## ORDER

On February 27, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter and recommended that the letter written by Aaron Sayre, a pre-trial detainee currently incarcerated in Kay County Detention Center, see Doc. 1 at 1, be construed as a Petition for Writ of Habeas Corpus ("Petition") filed pursuant to title 28, section 2241 of the United States Code. Magistrate Judge Mitchell further recommended that the Court abstain in this case, e.g., Younger v. Harris, 401 U.S. 37 (1971), and dismiss Sayre's Petition without prejudice.

Sayre was advised of his right to object to the Report and Recommendation, see Doc. 6 at 5, but no objections have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Mitchell's suggested disposition of Sayre's Petition and her recommendation that the Court abstain from further consideration of Sayre's requests that this Court not only investigate Sayre's court-appointed counsel, whose actions Sayre has opined might be "racially motivated," Doc. 1 at 2, and considered "extortion," id., but also investigate "the whole County of Kay[, Oklahoma]." Id.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] filed on February 27, 2015; and

(2) DISMISSES Sayre's Petition without prejudice.

ENTERED this 30th day of March, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE